# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DAVID H. MANGOLD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 5:20-CV-214 |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court *pro hac vice*, and I appear as counsel for Norfolk Southern Railway Company.

Dated: February 21, 2020

/s/ John C. Duffey
John C. Duffey (Ind. Atty. No. 4756-79)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
E-mail: jcd@stuartlaw.com
***Attorney for Norfolk Southern Railway Company***

## **CERTIFICATE OF SERVICE**

      I certify that on the 21st day of February, 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon all counsel of record via E-Service through the Court's E-Filing System.

                                              /s/ John C. Duffey
                                              John C. Duffey

1273874